IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAM M. STIDFOLE,** | : | CIVIL ACTION NO. 1:22-CV-381 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ERIC ARMEL,** *et al.*, | : | |
| | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 12th day of April, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to terminate the Attorney General of Pennsylvania and the District Attorney of Mifflin County, Pennsylvania as respondents in this action.

4. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania